IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

    Plaintiff,                           No. CIV S-05-0876 LKK GGH P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                    FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se. Pending before the court are plaintiff's motions for temporary restraining orders filed July 14, 2005, and July 22, 2005. In the motion filed July 14, 2005, plaintiff requests that defendant Nesbeth be prohibited from contacting inmates in the Enhanced Out Patient (EOP) Program. Inmates in the EOP Program, like plaintiff, have mental illnesses.

        In the motion filed July 22, 2005, plaintiff requests that prison officials be ordered to remove the metal screens from the outside and inside of plaintiff's cell windows to reduce air temperature. Plaintiff alleges that it is dangerous for EOP inmates taking psychotropic medication to be exposed to such high temperatures. Plaintiff also claims that prison officials are denying heat risk inmates access to showers as required by court order.

        The court has concurrently issued an order dismissing plaintiff's amended complaint with leave to amend. Plaintiff states that this action is brought pursuant to Title II of

1

the Americans with Disabilities Act (ADA).  The court dismissed the amended complaint because plaintiff did not name a proper defendant.  The court also informed plaintiff that in order to state a claim pursuant to Title II of the ADA, he must allege denial of access to a program or service due to his disability.  Weinrich v. L.A. County Metro Transp. Auth., 114 F.3d 976, 978 (9th Cir. 1997).

Plaintiff's requests for relief in his motions for injunctive relief are not based on grounds that plaintiff has been denied access to a program or activity based on his disability.  Rather, his claims are based on conditions of confinement and should be raised in a separate civil rights action.  The court cannot grant the relief sought by plaintiff in his motions for injunctive relief because they are not related to the ADA claims on which plaintiff purports to bring this action.  For that reason, the motions should be denied.[1]

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motions for temporary restraining orders filed July 14, 2005, and July 22, 2005, be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 8/26/05

/s/ Gregory G. Hollows

ggh:kj  
wils876.tro

GREGORY G. HOLLOWS  
UNITED STATES MAGISTRATE JUDGE

---

[1] The court observes that plaintiff does not allege that he takes heat-risk medication.