IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                      No. CIV S-05-0876 LKK GGH P

      vs.

JEANNE WOODFORD, et al.,

      Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se. The court has separately issued an order addressing the second amended complaint filed September 19, 2005.

        For the reasons stated in the concurrently issued order, the court recommends that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 be dismissed. For the reasons stated in that order, the court also recommends that the following claims be dismissed for failing to state colorable claims pursuant to the Americans with Disabilities Act and Rehabilitation Act: 1) denial of equal access to game room activities; 2) denial of equal access to telephone services; 3) inadequate time to eat meals; 4) inadequate access to laundry services and cell maintenance units; 5) unequal access to showers; 6) improper review after placement in segregation.

        IT IS HEREBY RECOMMENDED that the following claims contained in the second amended complaint filed September 19, 2005, be dismissed: all claims brought pursuant

1

to 42 U.S.C. § 1983 and the following claims brought pursuant to the Americans with Disabilities Act and Rehabilitation Act:  1) denial of equal access to game room activities; 2) denial of equal access to telephone services; 3) inadequate time to eat meals; 4) inadequate access to laundry services and cell maintenance units; 5) unequal access to showers; 6) improper review after placement in segregation.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:   10/31/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
wil876.56

2