UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| DAVID W. WILSON,<br><br>　　　Plaintiff - Appellant,<br><br>v.<br><br>JEANNE S. WOODFORD, Warden; et al.,<br><br>　　　Defendants - Appellees. | No. 05-17016<br>D.C. No. CV-05-00876-<br>LKK/GGH<br><br><br><br>ORDER |

This appeal has been taken in good faith　[ ]

This appeal is not taken in good faith　　[×]

Explanation: _Appeal is from denial of a temporary restraining order._

　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　Mag. Judge
　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　Date: Nov. 16, 2005