IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                                No. CIV S-05-0876 LKK GGH P

      vs.

JEANNE WOODFORD, et al.,

      Defendants.                   <u>ORDER</u>

_____/

         On November 16, 2005, plaintiff filed a request to amend the parties. Plaintiff requests permission to add parties to this action. In essence, plaintiff is seeking permission to amend his complaint. Plaintiff did not file a proposed amended complaint naming these parties. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate his request. Accordingly, plaintiff's request to amend the parties is denied.

         A proper motion to amend by plaintiff would most likely be denied. The court has already spent considerable time evaluating plaintiff's original, first and second amended complaints. On November 1, 2005, the court found that the second amended complaint stated a colorable claim for relief against defendant California Department of Corrections (CDC). The court also recommended that several of the claims contained in the second amended complaint be dismissed. Because plaintiff has had adequate opportunity to amend his complaint, no further

1

1  amendments would be permitted. Fed. R. Civ. P. 15.

2       On November 1, 2005, the court ordered plaintiff to complete and return a USM-
3  285 form for defendant CDC. On November 16, 2005, plaintiff submitted two USM-285 forms.
4  One form was completed for Martin Veal and Larry Dizmang. The other form was completed for
5  Roderick Hickman and Jeanne Woodford. The court did not order service of these individuals.
6  The court will grant plaintiff another opportunity to complete and submit a USM-285 form for
7  service of defendant CDC.

8       Accordingly, IT IS HEREBY ORDERED that:

9       1. Plaintiff is granted thirty days from the date of this order to complete and
10 return the USM-285 form for defendant CDC;

11      2. The Clerk of the Court is directed to send plaintiff one USM-285 form;

12      3. Plaintiff's November 16, 2005, request to amend the parties is denied.

13 DATED: 1/13/06

15      /s/ Gregory G. Hollows

16      GREGORY G. HOLLOWS
     UNITED STATES MAGISTRATE JUDGE

18 ggh:kj
   wil876.ser

2