IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

    Plaintiff,                              No. CIV S-05-0876 LKK GGH P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 1, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 1, 2005, are adopted in full; and

2. The following claims contained in the second amended complaint filed September 19, 2005, are dismissed: all claims brought pursuant to 42 U.S.C. § 1983 and the following claims brought pursuant to the Americans with Disabilities Act and Rehabilitation Act: 1) denial of equal access to game room activities; 2) denial of equal access to telephone services; 3) inadequate time to eat meals; 4) inadequate access to laundry services and cell maintenance units; 5) unequal access to showers; and 6) improper review after placement in segregation.

DATED: March 23, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/wils0876.804(2)