IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID WILSON,**<br><br>Plaintiff,<br><br>v.<br><br>**JEANNE WOODFORD, et al.,**<br><br>Defendants. | Case No. CIV S-05-0876 LKK JFM P<br><br>**ORDER** |

   Defendant California Department of Corrections and Rehabilitation has applied for a five-day extension of time, up to and including September 18, 2006, in which to file a reply to Plaintiff David Wilson's Opposition to Defendant's Motion to Dismiss.  The Court has read and considered the ex parte application and accompanying declaration of counsel and, good cause appearing,

   IT IS ORDERED that the ex parte request for an extension of time is GRANTED.  The time in which Defendant may file a reply to Plaintiff's Opposition to Motion to Dismiss is extended up to and including September 18, 2006.

Dated:  September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/wils0876.ext

Order Granting EOT to file Reply Brief

*David Wilson v. Jeanne Woodford, et al.*
Case No. CIV S-05-0876 LLK JMF P

1