IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                   No. CIV S-05-0876 LKK JFM P

      vs.

JEANNE WOODFORD, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 27, 2007, the magistrate judge filed two sets of findings and recommendations herein, both of which were served on all parties and both of which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days.  Neither party has filed objections to either set of findings and recommendations.

      The court has reviewed the file and finds each of the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1.    1. The findings and recommendations filed February 27, 2007 are adopted in full;

2.    2. Plaintiff's March 27, 2006, April 21, 2006 and August 14, 2006 motions for

3. injunctive relief are denied;

4.    3. This matter is stayed pending referral of the related case, <u>Hecker v. California

5. Department of Corrections and Rehabilitation</u>, No. CIV S-05-2441 LKK JFM P, to the special

6. master in <u>Coleman v. Schwarzenegger</u>, No. CIV S-90-0520 LKK JFM P for a report and

7. recommendation as to whether the claims raised in <u>Hecker</u> can be resolved within the remedial

8. phase of <u>Coleman</u>; and

9.    4. Defendants' July 27, 2006 motion to dismiss is denied without prejudice to its

10. renewal, as appropriate, at a later stage of these proceedings.

11. DATED:   March 21, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT