IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

        Plaintiff,                    No. CIV S-05-0876 LKK JFM P

    vs.

JEANNE WOODFORD, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 27, 2007, the magistrate judge filed two sets of findings and recommendations herein, both of which were served on all parties and both of which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. On March 21, 2007, this court adopted both sets of findings and recommendations in full.

        The record reflects that on March 20, 2007, plaintiff filed objections, dated March 5, 2007, to one of the two sets of findings and recommendations. Specifically, plaintiff objects to the findings and recommendations that recommend a stay of this action pending referral of the

1

related case, Hecker v. California Department of Corrections and Rehabilitation, No. CIV S-05-2441 LKK JFM P, to the special master in Coleman v. Schwarzenegger, No. CIV S-90-0520 LKK JFM P for a report and recommendation as to whether the claims raised in Hecker can be resolved within the remedial phase of Coleman.

Good cause appearing, the court's March 21, 2007 order will be vacated. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case, including the objections filed by plaintiff on March 20, 2007. Having carefully reviewed the entire file, the court finds both sets of findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. This court's order filed March 21, 2007 is vacated;

2. The findings and recommendations filed February 27, 2007 are adopted in full;

3. Plaintiff's March 27, 2006, April 21, 2006 and August 14, 2006 motions for injunctive relief are denied;

4. This matter is stayed pending referral of the related case, Hecker v. California Department of Corrections and Rehabilitation, No. CIV S-05-2441 LKK JFM P, to the special master in Coleman v. Schwarzenegger, No. CIV S-90-0520 LKK JFM P for a report and recommendation as to whether the claims raised in Hecker can be resolved within the remedial phase of Coleman; and

5. Defendants' July 27, 2006 motion to dismiss is denied without prejudice to its renewal, as appropriate, at a later stage of these proceedings.

DATED: March 26, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT