UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,[1]<br><br>Defendant. | No. 2:05-cv-0876 KJM DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 17, 2017, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

/////

---

[1] This action is hereby denominated *Wilson v. California Department of Corrections and Rehabilitation* in accordance with second amended complaint (SAC), ECF No. 19, which is the operative pleading in this action, and the full title of the agency. *Cf.* Fed. R. Civ. P. 10(d).

1

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 | court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the
3 | court finds the findings and recommendations to be supported by the record and by proper
4 | analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 17, 2017 (ECF No. 88) are adopted in full;
2. The Clerk of the Court is directed to change the short title of this action in accordance with this order; and
3. This action is dismissed.

DATED: June 14, 2017.

_____
UNITED STATES DISTRICT JUDGE